IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60491
Conference Calendar

_____

CARL FLOWERS,

                                        Plaintiff-Appellant,

versus

DAVID M. BRYANT et al.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:94CV159-B-B
- - - - - - - - - -
April 16, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Carl Flowers, Mississippi state prisoner #82520, appeals
from the denial of his motion for appointment of counsel in his
42 U.S.C. § 1983 civil rights complaint.  He has filed a motion
for leave to proceed in forma pauperis (IFP) on appeal.  The
motion for leave to appeal IFP is GRANTED.  Because Flowers has
no funds in his prison trust-fund account, no initial partial
filing fee is required.  See 28 U.S.C. § 1915(b)(4).  Flowers

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

shall make monthly payments of twenty percent of the preceding month's income credited to his account.  <u>See</u> 28 U.S.C. § 1915(b)(2).  The agency having custody of Flowers is directed to forward payments from his prisoner account to the clerk of the district court each time the amount in his account exceeds $10 until the filing fee of $105 is paid.  <u>See</u> <u>id</u>.

The district court did not abuse its discretion in denying Flowers' motion for appointment of counsel.  <u>See</u> <u>Jackson v. Dallas Police Dep't</u>, 811 F.2d 260, 261 (5th Cir. 1986).

AFFIRMED.